**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHESAPEAKE CLIMATE, *et al.*

      Plaintiffs,

  v.

EXPORT IMPORT BANK, *et al.*

      Defendants.

/

No. C 13-03532 WHA

**ORDER RE MOTION TO STAY**

Acting Assistant Attorney General Robert Dreher, counsel for defendant, has filed an unopposed motion to stay the current proceedings because "Department of Justice attorneys and employees of the federal Defendant are prohibited from working, even on a voluntary basis" during the current government shutdown.

As a general matter, no stays will be granted in criminal cases when a government attorney has been furloughed. In civil cases, a stay *may* be granted only in cases when the specific government attorney on the case has been furloughed.

Because Attorney Dreher and Department of Justice Attorney Stacey Bosshardt have been furloughed due to the failure to adopt a federal budget, all proceedings in the instant action will be stayed effective immediately and said stay will last only so long as Attorneys Dreher and Bosshardt remain furloughed. Immediately upon resuming their duties, the stay will be lifted and all deadlines shall apply subject only to a day-for-day extension to the number of days they

were furloughed. Upon resuming their duties, Attorneys Dreher and Bosshardt shall advise the Court that the stay has been lifted and provide a calculation of the extended deadlines.

The scheduled motion hearing on defendant's motion to transfer and case management conference are hereby **VACATED**. The motion hearing is re-scheduled for **NOVEMBER 14, 2013, AT 8:00 A.M.** in anticipation that the current budget impasse will be resolved by then. The case management conference is also rescheduled for **NOVEMBER 14, 2013, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated:  September 7, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE